UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| YVETTE JOHNSON,<br><br>                 Plaintiff,<br>v.<br><br>THE TJX COMPANIES, INC.,<br><br>                 Defendant. | Civ. No. 3:17-cv-01155-WWE |
| VILA HENRY,<br><br>                 Plaintiff,<br>v.<br><br>THE TJX COMPANIES, INC.,<br><br>                 Defendant. | Civ. No. 3:17-cv-01156-WWE |

## MOTION TO WITHDRAW ATTORNEY APPEARANCE

The undersigned counsel for the Plaintiffs, Yvette Johnson and Vila Henry, hereby moves to withdraw her appearance based upon the following:

1. The undersigned counsel is closing her practice and has filed motions to withdraw her appearance in all of her State and Federal cases;

2. The undersigned counsel is currently experiencing a medical challenge that interferes with her legal practice; and,

3. The undersigned counsel has medical documentation from a doctor that corroborates her need to an immediate and indefinite disability from practicing law.

1

The undersigned counsel has previously notified her clients, the Plaintiffs, about here need to take a medical leave of absence from the practice of law.

WHEREFORE, for all of the foregoing reasons, the undersigned counsel is moving to withdraw her appearance.

Dated May 27, 2018                                             Respectfully submitted,

THE UNDERSIGNED COUNSEL, as movant,

/s/ L. Kay Wilson_____
L. Kay Wilson, ct16084
WILSON LAW FIRM
2389 Main Street
Glastonbury, CT 06033
Tele: 860-559-3733
Fax: 860-659-1625
Email:  wilson@kaywilsonlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| YVETTE JOHNSON, <br><br> Plaintiff, <br> v. <br><br> THE TJX COMPANIES, INC., <br><br> Defendant. | Civ. No. 3:17-cv-01155-WWE |
| VILA HENRY, <br><br> Plaintiff, <br> v. <br><br> THE TJX COMPANIES, INC., <br><br> Defendant. | Civ. No. 3:17-cv-01156-WWE |

NOTICE AND ADVISEMENT TO PARTIES
(Yvette Johnson and Vila Henry)

1. Your attorney is filing a motion which seeks the court's permission to no longer represent you in the case;
2. The date and time the motion will be heard will be set by the clerk and the undersigned counsel will give you notice of that date;
3. You may appear in court on the date of the hearing and address the court concerning the motion or join a teleconference hearing before the Judge;
4. If the motion to withdraw is granted, you should either obtain another attorney or file an appearance on your own behalf with the court;
5. If you do neither, you will not receive notice of court proceedings in the case and a nonsuit of default judgment may be rendered against you.

This matter has not been assigned for pretrial or trial.

## CERTIFICATE OF SERVICE

    I hereby certify that on this 27th day of May, 2018, a true and correct copy of the foregoing MOTION TO WITHDRAW APPEARANCE has been filed electronically and served on all Attorneys of record via the Court's electronic filing system.

In addition, the undersigned counsel has notified the Plaintiffs via first class mail, postage pre-paid, at their home addresses.

                                                          /s/ L. Kay Wilson